AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| WESLEY DAVID GILREATH | ) Case No. 19-mj-00179-NRN |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 24, 2019, to May 29, 2019 in the county of Boulder in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2252A(a)(5)(B) | Poession of child pornography. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/Justin Stern
*Complainant's signature*

Justin Stern Special Agent
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 07/31/2019

*N. Reid Neureiter*
*Judge's signature*

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*