AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:22 am, Aug 02, 2019
JEFFREY P. COLWELL, CLERK

United States of America
v.

WESLEY DAVID GILREATH

_Defendant_

Case No. 19 MJ 179 NRN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  WESLEY DAVID GILREATH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violation of Title 18, United States Code, Section 2252A(a)(5)(B), poession of child pornography.

Date: 07/31/2019

_Issuing officer's signature_

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 7/31/2019, and the person was arrested on _(date)_ 7/31/2019
at _(city and state)_ Boulder, CO.

Date: 8/1/2019

_Arresting officer's signature_

SA Justin Stern, FBI Special Agent
_Printed name and title_