**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-384 RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

WESLEY DAVID GILREATH,

Defendant.

---

# INDICTMENT

---

The Grand Jury charges:

## COUNT 1

From on or about and between March 24, 2019, and May 29, 2019, in the State and District of Colorado, WESLEY DAVID GILREATH, defendant herein, did knowingly possess any computer disk and other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT 2

On or about July 31, 2019, in the State and District of Colorado, WESLEY DAVID GILREATH, defendant herein, did knowingly possess any computer disk and other

material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code Section 2253.

2. Upon conviction of any of the violations alleged in Counts 1-2 of this Indictment involving violations of Title 18, United States Code Section 2252A, the defendant, WESLEY DAVID GILREATH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such

property.

3. The property subject to forfeiture, pursuant to Title 18, United States Code Section 2253, includes, but is not limited to, the following items:

a) An Apple iPhone 5 having IMEI 013426007825476;

b) An Infinitive 32 gigabyte USB drive having serial number 4C530001220523111001;

c) An LG Q7+ cellular telephone having IMEI 357568091544259

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in the Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/ Julia Martinez*
Julia Martinez
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Julia.Martinez@usdoj.gov
Attorney for Government