| | |
|---|---|
| DEFENDANT: | Wesley David Gilreath |
| YOB: 1990 | **AGE 29** |
| COMPLAINT FILED? | ___X___ Yes  _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER<br>1:19-mj-00179-NRN |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___X___ Yes  _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Counts 1 and 2:<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) |
| LOCATION OF OFFENSE: | Boulder County, Colorado |
| PENALTY: | Counts 1 and 2: NMT 10 years imprisonment for first offense, NMT $250,000 fine or both, supervised release of NLT 5 years, NMT life, $100 Special Assessment Fee; however, if defendant has a prior conviction under Chapters 110, 71, 109A, 117 of the United States Code, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years imprisonment, NMT $250,000 fine or both, supervised release of NLT 5 years, NMT life, $100 Special Assessment Fee.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $17,000 if convicted of 18 U.S.C. Section 2252A(a)(5).<br><br>Forfeiture Allegation |
| AGENT: | SA Justin Stern<br>FBI |
| AUTHORIZED BY: | Julia Martinez<br>Assistant U.S. Attorney |

1

ESTIMATED TIME OF TRIAL:

__X__ five days or less      ____ over five days      ____ other

THE GOVERNMENT

X____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:     __ Yes _X_ No