**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  September 13, 2019 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation:  n/a | |

**CASE NO.   19-cr-00384-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Julia Martinez |
| Plaintiff, | |
| v. | |
| 1. WESLEY DAVID GILREATH, | Laura Suelau |
| Defendant. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**
**COURT IN SESSION:        9:01 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Discussion held regarding the status of the case.   Ms. Suelau states that she anticipates filing an ends-of-justice motion.

**ORDERED:**   If the defendant intends to file an ends-of-justice motion, the motion shall be filed by **close of business on September 20, 2019.**   The Government shall file objections to the motion, if any, by **close of business on September 23, 2019.**

**ORDERED:**   Defendant is remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS:**        9:28 a.m.
**Total in court time:**        00:27
**Hearing concluded**