IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00384-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**WESLEY GILREATH**,

       Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE**
_____

    Wesley Gilreath, through his attorney, Assistant Federal Public Defender Laura H. Suelau, moves to continue his pretrial motions deadline from November 1, 2019 to November 15, 2019. In support of this motion, Mr. Gilreath states:

    1. On August 22, 2019, Mr. Gilreath was Indicted for two counts of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). He was arraigned on those charges and entered pleas of Not Guilty.

    2. On September 23, 2019, this Court granted Mr. Gilreath's Unopposed Motion to Exclude 90 Days from the Speedy Trial Act and subsequently scheduled a four-day jury trial to begin January 27, 2020. Docs. 20, 21.

1

3. Undersigned counsel received discovery for this case on September 9, 13, and October 4, 2019. After conferring with counsel for the government, counsel anticipates receiving additional discovery, including the Digital Forensic Report, the week of November 4, 2019. After receiving that report, counsel will review the remaining discovery at off-site government controlled facilities.

4. The current deadline for motions is November 1, 2019, before the receipt of the Digital Forensic Report. Mr. Gilreath's trial is set for January 27, 2019.

5. Until she completes a review of the outstanding discovery, and meets with Mr. Gilreath, counsel cannot determine whether it is necessary to file pretrial motions.

6. The government, through Assistant United States Attorney Julia Martinez, does not oppose Mr. Gilreath's request to file motions on or before November 15, 2019.

For the foregoing reasons, Mr. Gilreath respectfully requests his pretrial motions deadline be continued to November 15, 2019 and responses to those motions be filed November 29, 2019.

//

//

//

//

//

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Julia Martinez, AUSA
Julia.Martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Wesley Gilreath (U.S. Mail)

        s/Laura Suelau
        LAURA SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        laura.suelau@fd.org
        Attorney for Defendant