**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   November 13, 2019 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation:  n/a | |

**CASE NO.   19-cr-00384-RM**

<u>Parties</u>

<u>Counsel</u>

UNITED STATES OF AMERICA,

Julia Martinez

    Plaintiff,

v.

1.  WESLEY DAVID GILREATH,

Laura Suelau

    Defendant.

---

**COURTROOM MINUTES**

**MOTION HEARING
COURT IN SESSION:**        **10:27 a.m.**

Appearances of counsel.    Defendant is present and in custody.

Discussion held regarding the Unopposed Motion for Evaluation of Competency Under § 4241(b) [Doc. 24].

The Court states its findings.

**ORDERED:**  The Unopposed Motion for Evaluation of Competency Under § 4241(b) [Doc. 24] is GRANTED as stated on the record.

The Court will issue a separate order.

Discussion held regarding Dr. Bograd filing her report using the secure portal and the oral motion to vacate the trial, Trial Preparation Conference, and pending motions deadlines.

**ORDERED:**   The following hearings and deadlines are VACATED and will be reset after determination of competency:
- Jury trial set for January 27, 2020
- Trial Preparation Conference set for January 17, 2020
- Motions deadline of November 15, 2019
- Response deadline of November 29, 2019

**COURT IN RECESS:**      **10:39 a.m.**
**Total in court time:**      **00:12**
**Hearing concluded**