IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00384-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**WESLEY GILREATH**,

      Defendant.

_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

Wesley Gilreath, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant requests a change of plea hearing for the court to consider the proposed plea agreement; the defendant also requests this court vacate the trial date set for April 13, 2020, as well as the trial preparation conference scheduled for April 3, 2020, at 10:00 AM.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/Laura Suelau
      LAURA SUELAU
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      laura.suelau@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Julia Martinez, AUSA
julia.martinez@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Wesley Gilreath (U.S. Mail)

                                                s/Laura Suelau
                                                LAURA SUELAU
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                laura.suelau@fd.org
                                                Attorney for Defendant