IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00384-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WESLEY DAVID GILREATH,

    Defendant.

**GOVERNMENT'S MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

    The United States of America, by and through Julia Martinez, Assistant United States Attorney, respectfully moves for an additional one-level reduction in the defendant's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines. Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Respectfully submitted this 28th day of August, 2020.

                                              JASON R. DUNN
United States Attorney

By:  *s/Julia Martinez*
Julia Martinez
Assistant United States Attorney
1801 California Street, #1600
Denver, Colorado  80202
Phone: 303-454-0100
Fax: 303-454-0401
E-mail: Julia.Martinez@usdoj.gov
Attorney for the United States

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of August, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/ *Julia Martinez*
Julia Martinez
Assistant United States Attorney
1801 California Street, #1600
Denver, Colorado  80202
Phone: 303-454-0100
Fax: 303-454-0401
E-mail: Julia.Martinez@usdoj.gov
Attorney for the United States