IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE RAYMOND P. MOORE

Case No.   1:19-cr-00384-RM                             Date:  September 4, 2020

Case Title:   UNITED STATES OF AMERICA V. WESLEY DAVID GILREATH

GOVERNMENT WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| FBI Special Agent Adam Krob | 20 minutes |