CASE CAPTION: __UNITED STATES OF AMERICA V. WESLEY DAVID GILREATH__

CASE NO.: __1:19-cr-00384-RM__ _____

EXHIBIT LIST OF: __GOVERNMENT__ _____
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | SA Adam Krob | Direct messages between Defendant and Twitter user -5152 | | | | | |
| 2 | SA Adam Krob | Direct messages between Defendant and Twitter user -8336 | | | | | |
| 3 | SA Adam Krob | Direct messages between Defendant and Twitter user -6928 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |