IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00384-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WESLEY DAVID GILREATH,

    Defendant.

---

## GOVERNMENT'S PETITION FOR CASE AGENT TO ATTEND SENTENCING HEARING IN PERSON

---

    The United States of America, by and through Julia Martinez, Assistant United States Attorney, respectfully petitions this Court, pursuant to Minute Order Doc. 60, for FBI Special Agent Adam Krob to attend in person the Sentencing Hearing set for September 4, 2020. The government anticipates calling SA Krob as a witness at the Sentencing Hearing.

    Respectfully submitted this 3rd day of September, 2020.

                                                JASON R. DUNN
                                                United States Attorney

                                                By: *s/Julia Martinez*
                                                Julia Martinez
                                                Assistant United States Attorney
                                                1801 California Street, #1600
                                                Denver, Colorado  80202
                                                Phone: 303-454-0100
                                                Fax: 303-454-0401
                                                E-mail: Julia.Martinez@usdoj.gov
                                                Attorney for the United States

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2020, I electronically filed the foregoing **PETITION FOR CASE AGENT TO ATTEND SENTENCING HEARING IN PERSON** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Portia Peter*
Portia Peter
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202