**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 12 2021**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

UNITED STATES OF AMERICA,

v.

_____ Gilreath _____, Movant/Defendant.

**MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255**

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

**A.     MOVANT/DEFENDANT INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

_Wesley Gilreath 45417-013_
(Movant/Defendant's name, prisoner identification number, and complete mailing address)

_Victorville FCI 1, PO Box 3725, Adelanto, CA 92301_

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_✓_     Convicted and sentenced federal prisoner
_____     Other: (*Please explain*) _____

**B.    CONVICTION UNDER ATTACK**

Name of the court that entered the
judgment of conviction:

District of Colorado, Alfred A. Arraj Courthouse

Date the conviction was entered:

09/09/2020        Sept. 9th, '20

Case number:

19-cr-00384-RM

Length and type of sentence:

186 months in prison

Are you serving any other sentence?        ___ Yes  ✓ No (*check one*)

Offense(s) you were convicted of
committing:

2 counts of possession of child pornography

What was your plea?

guilty

Kind of trial:        ___ Jury **N/A** Judge only (*check one*)  No trial

**C.    DIRECT APPEAL**

Did you file a direct appeal?        ___ Yes  ✓ No (*check one*)

Date and result of direct appeal:        _____

Did you seek review in the United States
Supreme Court?        ___ Yes  ✓ No (*check one*)

Date and result of review in the United
States Supreme Court:        _____

If you did not file a direct appeal, explain
why:        At the time of sentencing, I was not aware of
US. v. Lee 974 F.3d 670 6th Circuit 2020.

List the claims raised:        _____

2

## D.    POSTCONVICTION PROCEEDINGS

Have you initiated any other postconviction proceedings with respect to the judgment under attack in this motion? ___ Yes __✓_ No (*check one*)

If the instant motion to vacate is a second or successive motion, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the motion? ___ Yes ___ No (*check one*)

*Complete this section of the form if you have filed prior postconviction proceedings with respect to the judgment under attack in this motion. If you have initiated more than one prior proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding prior proceedings as "D.  POSTCONVICTION PROCEEDINGS."*

Name and location of court:          _____

Type of proceeding:                  _____

Date filed:                          _____

Date and result:                     _____

Did you appeal?                      ___ Yes ___ No (*check one*)

Date and result on appeal:           _____

## E.    STATEMENT OF CLAIMS

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claims. Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "E. STATEMENT OF CLAIMS."*

*WARNING: If you fail to assert all of your claims in this motion, you may be barred from presenting additional claims at a later date.*

3

CLAIM ONE: I was given upward variance though I have no relevant criminal history.

Supporting facts:

I was given 186 months, above the sentencing guidelines, even though I have no sex cases and no internet related cases in my criminal history.

## F.    PROCEDURAL DEFAULT

Did you raise on direct appeal any of the claims you are asserting in this motion?    ____ Yes    ✓ No (*check one*)

If you answered "Yes," state which claims were raised on direct appeal and explain why those claims are being raised again:

If you answered "No," explain why you did not raise your claims on direct appeal:

At the time of sentencing, I thought upward variance could be given for any or no reason at all. I was not aware of the ruling in United States v. Lee 974 F.3d 670 (6th Circuit 2020).

**G.     TIMELINESS OF MOTION**

*If the judgment of conviction or the sentence under attack became final more than one year prior to the filing of this motion, explain why the motion is not barred by the one-year limitation period in 28 U.S.C. § 2255(f). If additional space is needed, use extra paper to explain your answer. Please indicate that additional paper is attached and label the additional pages regarding timeliness as "G. TIMELINESS OF MOTION."*

**H.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "H. REQUEST FOR RELIEF."*

Vacate the sentence.

**I.     MOVANT/DEFENDANT'S SIGNATURE**

I declare under penalty of perjury that I am the movant/defendant in this action, that I have read this motion, and that the information in this motion is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this motion: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

Wesley Gilreath
(Movant/Defendant's signature)

05/06/2021
(Date)

(Form Revised December 2017)

5

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

FOREVER USA
PURPLE HEART

SAN DIEGO P&DC 92199
SAT 08 MAY 2021 PM

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

Wesley Gilreath 45417-013
Federal Correctional Institution #1
PO Box 3725
Adelanto, CA 92301